**RECEIVED**

DEC 2 7 2017

**EDNY PRO SE OFFICE**

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 27 2017   ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Julia Johnson

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Target Corporations, First Advantage
NYS Court Administrations
TJX Corporations

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Complaint for a Civil Case

Case No. **CV - 17   7535**

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

**SEYBERT, J.**

**TOMLINSON, M.J.**

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                        _Julia Johnson_
Street Address              _335 Wright Avenue_
City and County             _Carle Place_
State and Zip Code          _New York 11514_
Telephone Number            _(516) 444-5695_
E-mail Address              _jjulesjohnson @ gmail.com_

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                        _Target Corporation_
Job or Title
(if known)
Street Address              _1000 Nicollet Mall_
City and County             _Minneapolis_
State and Zip Code          _Minnesota  55403_
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name                        _First Advantage Consumer Center_
Job or Title
(if known)
Street Address              _One Concourse Parkway, NE_
City and County             _Sandy Spring, Georgia 30328_

| | |
|---|---|
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | New York State Office of |
| Job or Title (if known) | Court Administration |
| Street Address | 25 Beaver Street |
| City and County | New York County |
| State and Zip Code | New York 10004 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | TJK Corporation |
| Job or Title (if known) | Legal Department |
| Street Address | 770 Cochituate Road |
| City and County | Framingham |
| State and Zip Code | Massachusetts 01701 |
| Telephone Number | |
| E-mail Address (if known) | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_15 U.S. Code 1681_

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _Julia Johnson_, is a citizen of the State of *(name)* _New York_.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____

4

b.  If the defendant is a corporation

The defendant, *(name)* _TARget Corporation_ is incorporated under the laws of the State of *(name)* _New York_, and has its principal place of business in the State of *(name)* _Minnaplos, MN_. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See attached Statement_

_____

_____

_____

_____

b.  If the defendant is a corporation

The defendant, *(name)* _First Advantage_, is
incorporated under the laws of the State of *(name)*
_New York_, and has its principal place of
business in the State of *(name)* _Sandy Spring Georgia_. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

_See attached Statement_

_____

_____

_____

_____

b.  If the defendant is a ~~corporation~~ *Agency*

The defendant, *(name)* NYS Court Administration
incorporated under the laws of the State of *(name)*
New York_____, and has its principal place of
business in the State of *(name)* New York_____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an*
*additional page providing the same information for each additional*
*defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

_____

III.  **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

_____ See attached Statement _____

_____

_____

_____

_____

b.  If the defendant is a corporation

The defendant, *(name)* _TJX Corporations_, is incorporated under the laws of the State of *(name)* _New York_, and has its principal place of business in the State of *(name)* _Massachusetts_. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See attached Statement_
_____
_____
_____
_____

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See attach Statement*

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _12/27_, 20_17_

Signature of Plaintiff

Printed Name of Plaintiff    _Julia Johnson_

6

I am filing this complaint pursuant to 15 U.S. code 1681; *Fed Rule 23 Independent Action*

I applied for employment at Target Corporation on April 21, 2016, and was already employed by TJX Retailers (Home Goods), as of December 11, 2014. Both companies required background checks, which were conducted by First Advantage Consumer Center, located in Atlanta Georgia. Both retailers violated the Fair Credit Reporting Act which was enacted to promote the accuracy, fairness, privacy of the consumer information contained in files of consumer reporting agencies. This U.S. code was intended to protect consumers from the willful and/or negligent inclusion of inaccurate information in any credit report. This was not the case when Target and First Advantage received and disseminated my information (Freckleton and Just v. Target Corp., No. 14-cv-00807-GLR, D. Md. which was settled). A review of the attached letters and documents to Federal Judge Joanna Seybert, dated October 17, 2017 and November 9, 2017, will show that even my current address was incorrectly recorded. In 2014, a background report was retrieved by First Advantage Consumer Center on behalf of TJX Corporation. One of the agencies that First Advantage used to obtain information was the NYS Office of Court Administration. The reports are rife with inaccuracies, even my previous address (943 Wallace Avenue, Baldwin, NY 11510) was not recorded.

On December 8, 2017, A Final Approval Order was issued by Hon. George L Russell, III, United States District Court, Maryland (Freckleton and Just v. Target Corp., No. 14-cv-00807-GLR, D. Md.). While the class action lawsuit involves applicants, who were denied employment I was nevertheless involved and part of the class action.  I am working at Target, but have been subjected to a hostile work environment. All incidents had been documented and reported to Target's Integrity hotline (9/11/1017, ref.  TGT-!7-09-0313 9/14/17 Access Key # 835514555201, 11/06/17 Access Key # 565390288501, and 12/11/17, Access Key # 5118980313017.) All of these documented complaints involve Target's Team members and team leaders, even Target's executive team leaders. I believe strongly that these incidents are a result on my inquiries regarding my rights in the class action law suit.

While I was hired by TJX Corporation in 2014, and remained there until May 2017, I was forced to resign due to constant harassment and an extraordinarily hostile work environment as well.

This court has jurisdiction because my place of employment and residence are both in the Eastern district.

I am seeking considerable monetary compensation and corrections to the consumer reports issued by First Advantage.  It is very important to note that I requested copies of my background check. Supposedly these were mailed to me, but since First Advantage did not have my correct address. I never received them. Therefore, material with my date of birth and Social Security Number, is somewhere out there, no one knows where!!!

I am very perturbed that I am having to deal with this situation a second time.


Date:  12/27/2017

Signature of Plaintiff

Printed Name of Plaintiff          Julia Johnson

**Target Settlement**
P.O. Box 444
Claysburg, PA 16625-0444



PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
CLAYSBURG, PA
PERMIT #6

> If you applied for <u>and</u> were offered
> employment, promotion, or transfer
> with Target Corporation between
> November 2010 and November 2016,
> a Class Action Settlement may affect
> your legal rights.
>
> <u>Para recibir una notificación en
> Español, llame al 844-882-4410 o
> visite nuestra página web:
> www.FreckletonJustb2settlement.com.</u>



ID # 2348330

0004106 0002 0007 ***********MIXED AADC 159
JULIA JOHNSON
~~355 WRIGHT AVE~~
CARLE PLACE, NY 11514

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Target Corporation has settled two class action lawsuits that claimed its process for obtaining and using background checks on job applicants violated the Fair Credit Reporting Act (FCRA). Target denies it violated any law, and the Court has not finally determined who is right. In the Settlement, Target agrees to:

- Simplify the disclosure and authorization form used to obtain background checks for employment purposes;
- Change its procedures for denying employment, promotion, or transfer based upon background checks; and
- Establish a Settlement Fund of $8.5 million to make payments between $70 and $1,500 to individuals who were denied employment, promotion, or transfer between March 17, 2012, and June 13, 2016, based upon background checks.

The Settlement also includes a request for Class Counsel for attorneys' fees and costs of up to 33% of the Settlement Fund, and special payments of up to $3,900 for each of the two Class Representatives who started the lawsuits.

Our records show that you are covered by the Settlement because (a) you applied for employment, transfer, or promotion with Target; (b) you signed a disclosure and authorization

form covered by the Settlement; and (c) Target obtained a background check about you between November 13, 2010, and November 13, 2016.

If the Settlement is approved, you would no longer be able to bring or participate in a class action lawsuit against Target claiming that its disclosure and authorization form violated FCRA or any state or local equivalent.

Our records also show that **you were not denied** employment, promotion, or transfer because of a background check during the relevant time period. Accordingly, **you are not one of the individuals who is eligible for payments from the Settlement Fund, and you also will not give up your right to bring an individual FCRA claim against Target.**

The Court will hold a hearing on December 8, 2017 in Courtroom 7A, 101 West Lombard Street, Baltimore, MD 21201, to consider whether to approve the Settlement. **You have the right to object to the Settlement**, but must do so in writing by October 27, 2017.

For more information, including the settlement documents and instructions on how to object to the Settlement, call 844-882-4410 or visit www.FreckletonJustb2settlement.com.

*884 - 882 - 4412     13*



# FRANCIS & MAILMAN
### CONSUMER PROTECTION LITIGATION

December 12, 2017

**Via First Class Mail**

Ms. Julia Johnson
335 Wright Avenue
Carle Place, NY 11514

     Re:    *Freckleton and Just v. Target Corp.*, No. 14-cv-00807-GLR, D. Md.

Dear Ms. Johnson:

     Enclosed please find the Court's Final Approval Order in the above-named matter, issued today.

          Sincerely,

          David A. Searles

DAS/jk

enclosure

Case 2:17-cv-07535-JS-AKT   Document 1   Filed 12/27/17   Page 14 of 59 PageID #: 14

Case 1:14-cv-00807-GLR   Document 151   Filed 12/12/17   Page 1 of 7
Case 1:14-cv-00807-GLR   Document 142-3   Filed 11/21/17   Page 1 of 7

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHARMAINE FRECKLETON AND THOMAS JUST, on behalf of themselves and others similarly situated, | C.A. No. 14-cv-00807-GLR |
| **Plaintiff,** | **CLASS ACTION** |
| v. | |
| TARGET CORPORATION | |
| **Defendant.** | |

### FINAL APPROVAL ORDER

This matter, having come before the Court on the Plaintiffs Charmaine Freckleton and Thomas Just's Motion for Final Approval of the proposed class action settlement with Defendant Target Corporation ("Target" or "Defendant"); the Court having considered all papers filed and arguments made with respect to the settlement, and having provisionally certified, by Order entered June 30, 2017 (ECF 121), two Settlement Classes, and the Court, being fully advised in the premises, finds that:[1]

A.      For purposes of settlement, this action satisfies the applicable prerequisites for class action treatment under Fed. R. Civ. P. 23(a), (b)(2), and (b)(3). The classes as defined in this Court's Preliminary Approval Order (the "Classes") are each so numerous that joinder of all members is not practicable, there are questions of law and fact common to each of the Classes, the claims of the Class Representatives are typical of the classes they seek to represent, and the Class Representatives will fairly and adequately protect the interests of the Classes. Questions of law

---

[1]      Unless otherwise defined herein, all capitalized terms in this Order have the same meaning as in the Settlement Agreement.

Case 2:17-cv-07535-JS-AKT   Document 1   Filed 12/27/17   Page 15 of 59 PageID #: 15

Case 1:14-cv-00807-GLR   Document 151   Filed 12/12/17   Page 2 of 7
Case 1:14-cv-00807-GLR   Document 142-3   Filed 11/21/17   Page 2 of 7

and fact common to the members of the Classes predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

B.     Notice to the Classes required by Rule 23(e) of the Federal Rules of Civil Procedure has been provided in accordance with the Court's Preliminary Approval Order, and such notice by email, postal mail, and website has been given in an adequate and sufficient manner, constitutes the best notice practicable under the circumstances, and satisfies Rule 23(e) and due process.

C.     Defendant has timely provided notification of this settlement to the appropriate federal and state officials pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715. The Court has reviewed such notification and accompanying materials, and finds that Defendant's notification complies fully with the applicable requirements of CAFA.

D.     The Settlement Agreement was arrived at as a result of arms-length negotiations conducted in good faith by counsel for the Parties, and is supported by the Class Representatives.

E.     The settlement as set forth in the Settlement Agreement is fair, reasonable and adequate to members of the Classes in light of the complexity, expense, and duration of litigation and the risks involved in establishing liability and damages, and in maintaining the class action through trial and appeal.

F.     The relief provided under the settlement constitutes fair value given in exchange for the releases of claims against the Released Parties.

G.     Four persons have excluded themselves from the Rule 23(b)(3) Settlement Class in accordance with the provisions of the Preliminary Approval Order. Those persons are identified on Exhibit A to this Order, which has been filed under seal.

H.     The Parties and each member of the Classes have irrevocably submitted to the

Case 2:17-cv-07535-JS-AKT  Document 1  Filed 12/27/17  Page 16 of 59 PageID #: 16

Case 1:14-cv-00807-GLR  Document 151  Filed 12/12/17  Page 3 of 7
Case 1:14-cv-00807-GLR  Document 142-3  Filed 11/21/17  Page 3 of 7

exclusive jurisdiction of this Court for any suit, action, proceeding or dispute arising out of the Settlement Agreement.

I.      It is in the best interests of the Parties and the members of the Classes and consistent with principles of judicial economy that any dispute between any member of the Classes (including any dispute as to whether any person is a member of the Class) and any Released Party which in any way relates to the applicability or scope of the Settlement Agreement or this Final Judgment and Order of Dismissal should be presented exclusively to this Court for resolution by this Court and should be transferred to this Court should it initially be filed in another venue.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1.      This action is finally certified as a class action for settlement purposes only against Defendant Target Corporation on behalf of two Classes defined as follows:

    (a)     The Rule 23(b)(2) Settlement Class:

    All internal and external applicants for employment, promotion, or transfer on whom Target Corporation obtained a consumer report for employment purposes beginning November 13, 2010, through November 13, 2016, who executed the Consent & Disclosure Form attached as Exhibit D to the Settlement Agreement or a form substantially similar, and who are not Excluded Individuals.

    (b)     The Rule 23(b)(3) Settlement Class:

    All internal and external applicants for employment, promotion, or transfer on whom Target Corporation obtained a consumer report for employment purposes beginning March 17, 2012, through June 13, 2016, who were not employed, promoted, or transferred by Target because of the consumer report, and who are not Excluded Individuals.

2.      The Settlement Agreement submitted by the Parties is finally approved pursuant to Rule 23(e) of the Federal Rules of Civil Procedure as fair, reasonable and adequate and in the best interests of the Class Members.  The Parties are directed to consummate the Agreement in accordance with its terms.

3.      If the Rule 23(b)(3) Claims Made Payments are equal to or exceed Six Hundred

3

Case 2:17-cv-07535-JS-AKT   Document 1   Filed 12/27/17   Page 17 of 59 PageID #: 17

Case 1:14-cv-00807-GLR   Document 151   Filed 12/12/17   Page 4 of 7
Case 1:14-cv-00807-GLR   Document 142-3   Filed 11/21/17   Page 4 of 7

Dollars ($600.00). Defendant is authorized and ordered, for tax purposes, to supply the Settlement Administrator with the social security numbers that Defendant has in its possession for Rule 23(b)(3) Validated Claims Made Class Members.

4.    This action is hereby dismissed on the merits, with prejudice, and without costs.

5.    Without affecting the finality of this judgment, the Court hereby reserves and retains jurisdiction over this action, including the administration and consummation of the settlement. In addition, without affecting the finality of this judgment, the Court retains exclusive jurisdiction over Defendant, Plaintiffs, and each Class Member for any suit, action, proceeding, or dispute relating to this Order or the Settlement Agreement. Without limiting the generality of the foregoing, any dispute concerning the Settlement Agreement, including, but not limited to, any suit, action, arbitration, or other proceeding by any Class Member in which the provisions of the Settlement Agreement are asserted as a defense in whole or in part to any claim or cause of action or otherwise raised as an objection, is a suit, action or proceeding relating to this Order. Solely for purposes of such suit, action, or proceeding, to the fullest extent possible under applicable law, the Parties hereto and all members of the Class are hereby deemed to have irrevocably waived and agreed not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of this Court, or that this Court is, in any way, an improper venue or an inconvenient forum.

6.    Upon consideration of Class Counsel's application for fees and expenses, the Court shall enter a separate Order awarding reasonable fees and expenses in an amount to be set forth in that Order.

7.    The balance of the Settlement Fund, in the amount of Eight Million Three Hundred Ninety-Five Thousand Dollars and Zero Cents ($8,395,000.00), shall be paid by Defendant to the

Case 2:17-cv-07535-JS-AKT   Document 1   Filed 12/27/17   Page 18 of 59 PageID #: 18

Case 1:14-cv-00807-GLR   Document 151   Filed 12/12/17   Page 5 of 7
Case 1:14-cv-00807-GLR   Document 142-3   Filed 11/21/17   Page 5 of 7

Settlement Administrator within ten (10) business days after the Effective Date, but only in the event that such payment has not previously been made.

8.     Upon consideration of the application for an individual settlement and service award, Class Representatives Charmaine Freckleton and Thomas Just are each awarded the sum of Three Thousand Nine Hundred Dollars and Zero Cents ($3,900.00) in consideration for their respective individual claims against Defendant and the valuable service they have each performed for and on behalf of the Classes.

9.     Upon consideration of the Parties' request, Equal Justice Works, the Maryland Volunteer Lawyers Service and the Volunteer Lawyers Network, Ltd. (Minnesota) are approved as *cy pres* recipients for purposes of the Settlement Agreement.

10.     All Class Members shall be bound by all of the terms, conditions, and obligations of the Settlement Agreement, and all determinations and judgments in the action concerning the Settlement.

11.     Neither the Settlement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be construed as an admission or concession by any party of the truth of any allegation in the lawsuit or of any liability, fault, or wrongdoing of any kind.

12.     Final Judgment is hereby entered in this action, consistent with the terms of the Settlement Agreement.

BY THE COURT:

Dated: 12/8/17

_____
Hon. George L. Russell, III
United States District Judge

5

Case 2:17-cv-07535-JS-AKT   Document 1   Filed 12/27/17   Page 19 of 59 PageID #: 19

Case 1:14-cv-00807-GLR   Document 151   Filed 12/12/17   Page 6 of 7
Case 1:14-cv-00807-GLR   Document 142-3   Filed 11/21/17   Page 6 of 7

# Exhibit A

Case 2:17-cv-07535-JS-AKT   Document 1   Filed 12/27/17   Page 20 of 59 PageID #: 20

Case 1:14-cv-00807-GLR   Document 151   Filed 12/12/17   Page 7 of 7
Case 1:14-cv-00807-GLR   Document 142-3   Filed 11/21/17   Page 7 of 7

Freckleton v. Target Settlement
11/09/17

# RSM

## CLASS 2 TOTAL EXCLUSION LIST - 4 CLASS MEMBERS

| Ref Number | First Name | Last Name |
|---|---|---|
| 72246 | REDACTED | REDACTED |
| 64532 | REDACTED | REDACTED |
| 99393 | REDACTED | REDACTED |
| 61342 | REDACTED | REDACTED |

Julia Johnson
335 Wright Avenue
Carle Place, NY 11514
516-444-5695

**RECEIVED**

OCT 27 2017

**EDNY PRO SE OFFICE**

District Judge Joanna Seybert
Alfonso D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

Case #: CV-10-1964-JS-AKT

Dear Judge Seybert:

The above case has been settled but there are a few things I believe the Court needs to be made aware of. I am employed by Target Corporation, and have been since April 2016. I was employed by TJX Corporation (Home Goods) dating back to 2014.

In August of this year, 2017, I was contacted by Attorney David Searles, of the law firm Francis and Mailman, with respect to a class action law suit against Target Corporation, and First Advantage Consumer Center of Atlanta, Georgia. The class action involves the claim that there was a violation of the Fair Credit Recording Act (FCRA).

I have learned that many of the materials and confidential documents about my background in regard to the case which had been previously settled, have been compromised. The Target background report obtained by First Advantage came from the NYS Office of Court Administration, located at 25 Beaver St., NYC. The background report is rife with inaccuracies and incorrect information. It is interesting and important to note that First Advantage provided two separate reports on me, which contained two different profiles!!!

I want to advise the Court that while my case was pending, there were several incidents of Police harassment that were documented with this Court. These incidents occurred in 2016 about the time First Advantage was conducting their background check on me, which involved local law enforcement agents.

While the class action law suit involves applicants who were denied employment, I am working at Target but have been subjected to hostile work environments, at both Target and Home Goods. These incidents have been reported to their Integrity Hotline.

Yours truly,

Julia Johnson
October 27, 2017

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 27 2017   ★

LONG ISLAND OFFICE

Julia Johnson
335 Wright Avenue
Carle Place, NY 11514
516-444-5695

**RECEIVED**

OCT 2 7 2017

**EDNY PRO SE OFFICE**

District Judge Joanna Seybert
Alfonso D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

Case #: CV-10-1964-JS-AKT

Dear Judge Seybert:

The above case has been settled but there are a few things I believe the Court needs to be made aware of. I am employed by Target Corporation, and have been since April 2016. I was employed by TJX Corporation (Home Goods) dating back to 2014.

In August of this year, 2017, I was contacted by Attorney David Searles, of the law firm Francis and Mailman, with respect to a class action law suit against Target Corporation, and First Advantage Consumer Center of Atlanta, Georgia. The class action involves the claim that there was a violation of the Fair Credit Recording Act (FCRA).

I have learned that many of the materials and confidential documents about my background in regard to the case which had been previously settled, have been compromised. The Target background report obtained by First Advantage came from the NYS Office of Court Administration, located at 25 Beaver St., NYC.  The background report is rife with inaccuracies and incorrect information. It is interesting and important to note that First Advantage provided two separate reports on me, which contained two different profiles!!!

I want to advise the Court that while my case was pending, there were several incidents of Police harassment that were documented with this Court.  These incidents occurred in 2016 about the time First Advantage was conducting their background check on me, which involved local law enforcement agents.

While the class action law suit involves applicants who were denied employment, I am working at Target but have been subjected to hostile work environments, at both Target and Home Goods. These incidents have been reported to their Integrity Hotline.

Yours truly,

Julia Johnson
October 27, 2017

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 27 2017   ★

LONG ISLAND OFFICE

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
CLAYSBURG, PA
PERMIT #6

Received
8/29/17

**Target Settlement**
P.O. Box 444
Claysburg, PA 16625-0444

If you applied for and were offered
employment, promotion, or transfer
with Target Corporation between
November 2010 and November 2016,
a Class Action Settlement may affect
your legal rights.

Para recibir una notificación en
Español, llame al 844-882-4410 o
visite nuestra página web:
www.Freckletonlastb2settlement.com.

ID # 2348330

0004106 0002 0007 ************MIXED AADC 159
JULIA JOHNSON
355 WRIGHT AVE
CARLE PLACE, NY 11514

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Target Corporation has settled two class action lawsuits that claimed its process for obtaining and using background checks on job applicants violated the Fair Credit Reporting Act (FCRA). Target denies it violated any law, and the Court has not finally determined who is right. In the Settlement, Target agrees to:

- Simplify the disclosure and authorization form used to obtain background checks for employment purposes;
- Change its procedures for denying employment, promotion, or transfer based upon background checks; and
- Establish a Settlement Fund of $8.5 million to make payments between $70 and $1,500 to individuals who were denied employment, promotion, or transfer between March 17, 2012, and June 13, 2016, based upon background checks.

The Settlement also includes a request by Class Counsel for attorneys' fees and costs of up to 33% of the Settlement Fund, and special payments of up to $3,900 for each of the two Class Representatives who started the lawsuits.

Our records show that you are covered by the Settlement because (a) you applied for employment, transfer, or promotion with Target; (b) you signed a disclosure and authorization form covered by the Settlement; and (c) Target obtained a background check about you between November 13, 2010, and November 13, 2016.

If the Settlement is approved, you would no longer be able to bring or participate in a class action lawsuit against Target claiming that its disclosure and authorization form violated FCRA or any state or local equivalent.

Our records also show that you were not denied employment, promotion, or transfer because of a background check during the relevant time period. Accordingly, you are not one of the individuals who is eligible for payments from the Settlement Fund, and you also will not give up your right to bring an individual FCRA claim against Target.

The Court will hold a hearing on December 8, 2017 in Courtroom 7A, 101 West Lombard Street, Baltimore, MD 21201, to consider whether to approve the Settlement. You have the right to object to the Settlement, but must do so in writing by October 27, 2017.

For more information, including the settlement documents and instructions on how to object to the Settlement, call 844-882-4410 or visit www.FreckletonJustb2settlement.com.

884 - 882 - 4410   L3



9/8/2017

335 Wright Ave
Carle Place,NY 11514-2040

Individual Name: 0069020386 Julia Johnson

**Certification of No Records**

I hereby certify that a complete and diligent search of all available materials and information was conducted. Please be advised that Target does not have any documents or information responsive to this request.

Please do not respond to this email as it will not be answered. If you have questions or concerns regarding this letter, contact the Target HR Operations Center (HROC) at 1-800-394-1885 or via the appropriate regional mailbox:

- Region 100 – HROC.Help1@Target.com
- Region 200 – HROC.Help2@Target.com
- Region 300 – HROC.Help3@Target.com
- Region 400 – HROC.Help4@Target.com
- Headquarters – HROC.HelpHQ@Target.com

Thank you,
HROC Representative
Target HR Operations Center



**First Advantage**
A Symphony Technology Group Company

October 11, 2017

JULIA JOHNSON
355 WRIGHT AVE
CARLE PLACE, NY 11940

We received your request to obtain a copy of the Employment Verification Report that was requested by a potential employer or volunteer organization. We have reviewed our records and found results matching the identification information you provided. A copy of the reported information has been enclosed for your records.

If you believe any of the information on your report is incorrect or incomplete and you wish to file a dispute, please contact us by phone, fax, or mail.

**First Advantage Consumer Center**
**P.O. Box 105292**
**Atlanta, GA 30348-5292**
**Toll free phone: 1-800-845-6004**
**Fax: 727-214-2127**

First Advantage provides Employment Verification Reports to employers that have a job applicant's or an employee's consent. Employers work with a variety of companies to obtain employment verification information. Our files would only contain information on you if First Advantage provided your Employment Verification Report to an employer or volunteer organization.

To learn more about First Advantage background reports and other First Advantage consumer services, please visit our consumer web site *http://www.fadv.com/solutions/solutions/consumer-solutions.*

Thank you for giving us the opportunity to assist you.

First Advantage Consumer Advocacy Center (7233)

NOTE: Phone calls to our Consumer Center may be monitored for quality assurance.

CD165-06-13e

LETTER TYPE 99
JULIA JOHNSON

# Background Report

### *Confidential*

JULIA JOHNSON
079-52-XXXX
CID - 86326218

TARGET STORES
7000 TARGET PKWY N
NCF-0420
BROOKLYN PARK, MN 55445-4301

Caution to Customer: Under the terms of the service agreement, this report is delivered with the understanding that the recipient client will hold the same in strict confidence and not disclose it to third parties and furthermore is to be used only for the purpose indicated in the Client's agreement for service, i.e. employment/volunteer/or resident/tenant screening purposes. This report and information provided therein is strictly confidential as it contains personal and sensitive information of the consumer/applicant/candidate/employee and must be utilized solely for the business purposes consistent with the declared purpose in the service agreement and is not to be used by the client or third parties for any other purposes. Client agrees to abide and comply with all applicable laws in connection with this report including data privacy, data protection laws and other similar applicable regulations.

First Advantage is not the source of the data provided in this report in that the data is collected by First Advantage from third party data sources such as public records held in governmental databases or courthouses, schools, colleges, universities, company officials, or third party proprietary databases etc. Accordingly First Advantage does not warrant the accuracy of the information provided by those third parties and expressly disclaims any and all liability for any and all claimed losses, damages, expenses including attorney fees and costs incurred as a result of reliance upon the content of this report.

For US-based Clients or Clients obtaining reports on US residents: Client certifies that it has complied with the Fair Credit Reporting Act (FCRA) and that it has provided a clear disclosure in compliance with the FCRA to the consumer/applicant/candidate/employee and obtained consent and authorization from the consumer/applicant/candidate employee in order to receive this report. If the client intends to take adverse action based in whole or in part on the contents of this report, the client must provide the consumer with a copy of the report, a summary of consumers rights as prescribed by FCRA section 1681g(c)(3) and a copy of any applicable state law rights before taking any action, wait a reasonable period of time for the consumer to dispute any inaccurate information and then can take adverse action. First Advantage has provided your company with copies of the CFPB Summary of Rights for this purpose.

For California based Clients or Clients obtaining reports on California residents: In California an investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures.

| | |
|---|---|
| If you are a First Advantage Consumer | Please contact the First Advantage Consumer Center at:<br>1-800-845-6004 Toll Free (within the U.S.)<br>+1 678-694-2530 Toll Number (outside the U.S.)<br>Or visit http://fadv.com/our-company/contact-support.aspx for local contact details |
| First Advantage Customers | Please contact the CHARLOTTE EMPLOYMENT SERVICE CENTER at:<br>(800)888-5773 (outside North America +1-770-569-3001) |

 **First Advantage**
A Symphony Technology Group Company

Enterprise Advantage

| General Consumer Information |
|---|
| |

**Background Report**

| | |
|---|---|
| **Consumer's Name** JULIA JOHNSON | **Location** T1139 |
| **Client Name** TARGET STORES | 0 |

The following consumer information was used in the production of this report:
Last Name, First Name, Middle Name, SSN, Date of Birth, Address

**SSN** ████-XXXX

**Address** 355 WRIGHT AVE
CARLE PLACE, NY 11940

**Date of Birth** 09/Apr/XXXX

**Other Names**
Not Provided

**Information Regarding this Order:**

| | |
|---|---|
| **Position Applied For** GUEST SERVICE TEAM MEMBER (SERVICE DESK) | **Date Ordered** 18/Apr/2016 12:11:24 PM |
| **Background Check Completion Date** 21/Apr/2016 01:39:51 PM | **Report Last Updated on** 21/Apr/2016 01:39:51 PM |
| **Date Report Printed** 12/Oct/2017 03:48:35 PM | |

All timestamps represent US Eastern Time

Background Report

| First Advantage Background Report Summary | | | |
|---|---|---|---|
| Consumer's Name: JULIA JOHNSON | | Date Ordered: 18/Apr/2016 12:11:24 PM | |
| Background Check Completion Date: 21/Apr/2016 01:39:51 PM | | | |
| Score Result Eligible | | | |

| Package Name: PROGRESSIVE ORDER | | | |
|---|---|---|---|
| Package Searches Ordered | Status | Review | Score |
| First Advantage National Criminal File Plus | Complete | No | |
|   First Advantage National Criminal File Plus CARLE PLACE, NY | Complete | No | Eligible |
| Felony Including Misdemeanor | Complete | No | |
|   Felony Including Misdemeanor CARLE PLACE, SUFFOLK, NY | Complete | No | Eligible |
| Office Foreign Assets Control | Complete | No | |
|   Office Foreign Assets Control | Complete | No | Eligible |
| Additional Searches Ordered | | | |
| State Sex Offender Registry | Complete | No | |
|   State-Specific Sex Offender Registry Search New York | Complete | No | Eligible |

\* Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

\*\* Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

\*\*\* This product has been blocked from delivery due to compliance related restrictions.

| Social Security Number Validation | |
|---|---|
| **Note** | |
| The Social Security Number Validation is a process where the SSN is confirmed as being issued by the Social Security Administration. The Social Security Number Validation also confirms that the SSN does not belong to a deceased individual. | |
| Valid SSN? Yes | State Issued NEW YORK |
| Date Issued BETWEEN 1972-1974 | Reported Deceased? No |
| **Disclaimer** | |
| The results of the Social Security Number Validation do not provide a verification that the Social Security Number belongs to the Consumer of this report. | |

| First Advantage National Criminal File Plus CARLE PLACE, NY | | Status: Complete |
|---|---|---|
| Date Completed: 19/Apr/2016 | | Score: Eligible |

| Record Source | DATABASE SEARCH |
|---|---|
| Search Results | No Record Found |
| Search Type | First Advantage National Criminal File Plus Search |
| Date of Search | 19/Apr/2016 |
| Address Covered | 355 WRIGHT AVE |
| Address City Covered | CARLE PLACE |
| Address State Covered | NY |
| Address Zip | 11940 |
| Given Name Searched | JULIA JOHNSON |
| Developed Name Searched | JOHN JOHANSEN |

Order Process History

| Date | Description |
|---|---|
| 18/Apr/2016 12:11:25 PM | Progressive Order Hold. |
| 19/Apr/2016 05:59:57 AM | Record Ordered. |
| 19/Apr/2016 06:02:16 AM | Search In Progress. |
| 19/Apr/2016 06:02:16 AM | Record Judged. |

| Felony including Misdemeanor CARLE PLACE, SUFFOLK, NY | | Status: Complete |
|---|---|---|
| Date Completed: 21/Apr/2016 | | Score: Eligible |

| Record Source | SUFFOLK SUPREME AND COUNTY COURT |
|---|---|
| Search Results | No Record Found |
| Search Type | FELONY INDEX SEARCH INCLUDE MISDEMEANORS |
| Date of Search | 21/Apr/2016 |
| Search Period | 04/05/2009 - 04/21/2016 |
| Address Covered | 355 WRIGHT AVE |
| Address City Covered | CARLE PLACE |
| Address County Covered | SUFFOLK |
| Address State Covered | NY |
| Address Zip | 11940 |
| Location | 310 CENTRE DR RIVERHEAD SUFFOLK COUNTY |
| Given Name Searched | JULIA JOHNSON |
| Developed Name Searched | JULIA JOHNSON |

Source Status History

| Status Date | Description |
|---|---|
| 19/Apr/2016 06:02:19 AM | Search in progress. Expected completion by 04/22/2016 |

Order Process History

| Date | Description |
|---|---|
| 18/Apr/2016 12:11:25 PM | Progressive Order Hold. |
| 19/Apr/2016 06:02:16 AM | Search In Progress. |
| 19/Apr/2016 06:02:19 AM | Search In Progress. |
| 21/Apr/2016 01:39:51 PM | Record Judged. |

| State-Specific Sex Offender Registry Search New York | | Status: Complete |
|---|---|---|
| Date Completed: 18/Apr/2016 | | Score: Eligible |

| Record Source | NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES |
|---|---|
| Search Results | No Record Found |
| Search Type | STATE-SPECIFIC SEX OFFENDER REGISTRY SEARCH |
| Date of Search | 18/Apr/2016 |
| Search Period | 04/04/2009 - 04/04/2016 |
| Address Covered | 355 WRIGHT AVE |
| Address City Covered | CARLE PLACE |
| Address County Covered | NASSAU |
| Address State Covered | NY |
| Address Zip | 11940 |
| Location | 4 TOWER PLACE ALBANY ALBANY COUNTY |
| Given Name Searched | JULIA JOHNSON |
| Developed Name Searched | JULIA JOHNSON |

| Source Status History | |
|---|---|
| Status Date | Description |
| 18/Apr/2016 12:27:51 PM | Search in progress. Expected completion by 04/20/2016 |

| Order Process History | |
|---|---|
| Date | Description |
| 18/Apr/2016 12:11:25 PM | |
| 18/Apr/2016 12:27:48 PM | Search In Progress. |
| 18/Apr/2016 12:27:51 PM | Search In Progress. |
| 18/Apr/2016 12:32:57 PM | Search In Progress. |
| 18/Apr/2016 12:32:57 PM | Record Judged. |

| Office Foreign Assets Control | | Status: Complete |
|---|---|---|
| Date Completed: 19/Apr/2016 | | Score: Eligible |

| Record Source | U.S. DEPARTMENT OF THE TREASURY |
|---|---|
| Search Results | No Record Found |
| Search Type | OFFICE OF FOREIGN ASSETS CONTROL SEARCH |
| Date of Search | 19/Apr/2016 |
| Search Period | 04/04/2009 - 04/18/2016 |
| Given Name Searched | JULIA JOHNSON |
| Developed Name Searched | JULIA JOHNSON |

| Source Status History | |
|---|---|
| Status Date | Description |
| 18/Apr/2016 12:27:52 PM | Search in progress. Expected completion by 04/20/2016 |

| Order Process History | |
|---|---|
| Date | Description |
| 18/Apr/2016 12:11:25 PM | Progressive Order Hold. |
| 18/Apr/2016 12:27:48 PM | Search In Progress. |
| 18/Apr/2016 12:27:52 PM | Search In Progress. |
| 19/Apr/2016 05:59:56 AM | Search In Progress. |

| 19/Apr/2016 05:59:56 AM | Record Judged. |

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

A Summary Of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

    **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

    **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

    **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

    **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

    **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

    **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

    **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

    **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

    **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

    **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

    **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

    **States may enforce the FCRA, and many states have their own consumer reporting laws.** In some cases, you may have more rights under state

law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20549 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

<u>For New York Residents:</u>

New York File Freeze Information:

### New York Consumers Have the Right to Obtain a Security Freeze

You have a right to place a "security freeze" on your credit report, which will prohibit a consumer credit reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified or overnight mail. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital

 **First Advantage**
A Symphony Technology Group Company

October 17, 2017

JULIA JOHNSON
943 WALLACE AVENUE
BALDWIN, NY 11510

We received your request to obtain a copy of the Employment Verification Report that was requested by a potential employer or volunteer organization. We have reviewed our records and found results matching the identification information you provided. A copy of the reported information has been enclosed for your records.

If you believe any of the information on your report is incorrect or incomplete and you wish to file a dispute, please contact us by phone, fax, or mail.

**First Advantage Consumer Center**
**P.O. Box 105292**
**Atlanta, GA 30348-5292**
**Toll free phone: 1-800-845-6004**
**Fax: 727-214-2127**

First Advantage provides Employment Verification Reports to employers that have a job applicant's or an employee's consent. Employers work with a variety of companies to obtain employment verification information. Our files would only contain information on you if First Advantage provided your Employment Verification Report to an employer or volunteer organization.

To learn more about First Advantage background reports and other First Advantage consumer services, please visit our consumer web site *http://www.fadv.com/solutions/solutions/consumer-solutions*.

Thank you for giving us the opportunity to assist you.

First Advantage Consumer Advocacy Center (7233)

NOTE: Phone calls to our Consumer Center may be monitored for quality assurance.

CD165-06-13e

# Background Report

## *Confidential*

**JULIA JOHNSON**
**079-52-XXXX**
**CID - 57088584**

MARMAXX GROUP DC
770 COCHITUATE RD
FRAMINGHAM, MA 01701-4666

**Caution to Customer:** Under the terms of the service agreement, this report is delivered with the understanding that the recipient client will hold the same in strict confidence and not disclose it to third parties and furthermore is to be used only for the purpose indicated in the Client's agreement for service, i.e. employment/volunteer/or resident/tenant screening purposes. This report and information provided therein is strictly confidential as it contains personal and sensitive information of the consumer/applicant/candidate/employee and must be utilized solely for the business purposes consistent with the declared purpose in the service agreement and is not to be used by the client or third parties for any other purposes. Client agrees to abide and comply with all applicable laws in connection with this report including data privacy, data protection laws and other similar applicable regulations.

First Advantage is not the source of the data provided in this report in that the data is collected by First Advantage from third party data sources such as public records held in governmental databases or courthouses, schools, colleges, universities, company officials, or third party proprietary databases etc. Accordingly First Advantage does not warrant the accuracy of the information provided by those third parties and expressly disclaims any and all liability for any and all claimed losses, damages, expenses including attorney fees and costs incurred as a result of reliance upon the content of this report.

For US-based Clients or Clients obtaining reports on US residents: Client certifies that it has complied with the Fair Credit Reporting Act (FCRA) and that it has provided a clear disclosure in compliance with the FCRA to the consumer/applicant/candidate/employee and obtained consent and authorization from the consumer/applicant/candidate employee in order to receive this report. If the client intends to take adverse action based in whole or in part on the contents of this report, the client must provide the consumer with a copy of the report, a summary of consumers rights as prescribed by FCRA section 1681g(c)(3) and a copy of any applicable state law rights before taking any action, wait a reasonable period of time for the consumer to dispute any inaccurate information and then can take adverse action. First Advantage has provided your company with copies of the CFPB Summary of Rights for this purpose.

For California based Clients or Clients obtaining reports on California residents: In California an investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures.

| | |
|---|---|
| If you are a First Advantage Consumer | Please contact the First Advantage Consumer Center at:<br>**1-800-845-6004** Toll Free (within the U.S.)<br>**+1 678-694-2530** Toll Number (outside the U.S.)<br>Or visit http://fadv.com/our-company/contact-support.aspx for local contact details |
| First Advantage Customers | Please contact the CHARLOTTE EMPLOYMENT SERVICE CENTER at:<br>**(800)888-5773** (outside North America +1-770-569-3001) |

 **First Advantage**
A Symphony Technology Group Company

Enterprise Advantage

| General Consumer Information | |
|---|---|
| **Consumer's Name** JULIA JOHNSON | **Division** HOME GOODS |
| **Client Name** MARMAXX GROUP DC | **Region** REG02 |
| **The following consumer information was used in the production of this report:**<br>Last Name, First Name, Middle Name, SSN, Date of Birth, Address | |

**SSN** XXX-XX-XXXX                                         **Address** 943WALLACE AVENUE
                                                                     BALDWIN, NY 11510
**Date of Birth** 09/Apr/XXXX
**Consumer Contact** (516)385-8507                         **Consumer Alternate**
                                                                    **Contact**

**Other Names**
Not Provided

**Information Regarding this Order:**
  **Position Applied For**                               **Date Ordered** 10/Dec/2014 04:07:04 PM
  **Background Check** 11/Dec/2014 09:40:44 AM       **Report Last Updated on** 11/Dec/2014 09:40:44 AM
  **Completion Date**
  **Date Report Printed** 17/Oct/2017 02:42:50 PM

| Client Reference Info | |
|---|---|
| **Label** | **Value** |
| Store # | 0713 |
| Hire Date | 2014-12-03 |

All timestamps represent US Eastern Time

**First Advantage Background Report Summary**

**Consumer's Name:** JULIA JOHNSON          **Date Ordered:** 10/Dec/2014 04:07:04 PM

**Background Check** 11/Dec/2014 09:40:44 AM
**Completion Date:**

**Score Result** Meets Company Guidelines

**Package Name: POST HIRE (ORACLE FEED DO NOT ORDER)**

| Package Searches Ordered | Status | Review | Score |
|---|---|---|---|
| Social Security Verification | Complete | No | |
|    Social Security Verification | Complete | No | Pass |
| Felony Including Misdemeanor | Complete | No | |
|    Felony Including Misdemeanor BALDWIN, NASSAU, NY | Complete | No | Eligible |

**Additional Searches Ordered**

NONE

* Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

** Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

*** This product has been blocked from delivery due to compliance related restrictions.

**Social Security Number Validation**

**Note**

The Social Security Number Validation is a process where the SSN is
confirmed as being issued by the Social Security Administration. The Social Security Number
Validation also confirms that the SSN does not belong to a deceased individual.

**Valid SSN?** Yes                                    **State Issued** NEW YORK

**Date Issued** BETWEEN 1972-1974              **Reported Deceased?** No

**Disclaimer**

The results of the Social Security Number Validation
do not provide a verification that the Social Security Number belongs to the Consumer of this report.

| Social Security Verification | Status: Complete |
|---|---|
| Date Completed: 10/Dec/2014 | Score: Pass |

The Social Security Number Verification (SSNV) matches the given SSN against consumer credit files contained in the databases of nationwide credit reporting agencies. The credit bureaus' consumer credit files contain information provided by companies with which the consumer has had financial dealings and/or public record information collected by the bureaus from the courts. The SSNV does not verify that the Social Security Administration issued a specific SSN to a consumer.

**Customer Provided Information**

| | |
|---|---|
| **SSN** 079-52-XXXX | **DOB** 09/Apr/XXXX |

| | | | |
|---|---|---|---|
| **SSN State Issued** | | **SSN Year Issued** 1974 | |
| **Name Type** Report Subject | | **Name** JOHNSON, JULIA | |
| **Name Type** Former Name | | **Name** JOHANSEN, JOHN | |
| **Addr Type** Residence Address | | **First Date** 03/00/2003 **Last** 07/00/2003 | |
| **Address** 920 72ND ST | | | |
| BROOKLYN, NY 11228-1144 | | | |
| **Addr Type** Former Address | | **First Date** 10/00/1994 **Last** 01/00/2002 | |
| **Address** 584 POWELL ST | | | |
| BROOKLYN, NY 11212-7034 | | | |
| **Addr Type** Former Address | | **First Date** 01/00/1995 **Last** 04/00/2002 | |
| **Address** PO BOX 20920 | | | |
| BROOKLYN, NY 11202-0920 | | | |
| **Addr Type** Former Address | | **First Date** 12/00/2001 **Last** 05/00/2004 | |
| **Address** 943 WALLACE AVE | | | |
| NORTH BALDWIN, NY 11510-2138 | | | |
| **Employment Type** ES | | | |
| **Employer Name** NYC COUNTY DA OFFIC | | | |

**Remark**

SUBJECT NAME RETURNED MATCHED WITH A DEVELOPED NAME. A SOCIAL SECURITY NUMBER VERIFICATION SEARCH HAS BEEN COMPLETED AND NO DISCREPANCIES WERE FOUND.

**Order Process History**

| Date | Description |
|---|---|
| 10/Dec/2014 04:37:54 PM | Search In Progress. |
| 10/Dec/2014 04:39:31 PM | Search In Progress. |
| 10/Dec/2014 04:39:32 PM | Record Judged. |

| Felony Including Misdemeanor BALDWIN, NASSAU, NY | Status: Complete |
|---|---|
| Date Completed: 11/Dec/2014 | Score: Eligible |

| Record Source | NEW YORK STATE OFFICE OF COURT ADMINISTRATION |
|---|---|
| Search Results | No Record Found |
| Search Type | NEW YORK OFFICE OF COURT ADMINISTRATION SEARCH |
| Date of Search | 11/Dec/2014 |
| Search Period | 11/26/2007 - 11/26/2014 |
| Address Covered | 943WALLACE AVENUE |
| Address City Covered | BALDWIN |
| Address County Covered | NASSAU |

| | |
|---|---|
| Address State Covered | NY |
| Address Zip | 11510 |
| Location | 25 BEAVER STREET ROOM 840 NEW YORK NEW YORK COUNTY |
| Given Name Searched | JULIA JOHNSON |

| Source Status History | |
|---|---|
| Status Date | Description |
| 10/Dec/2014 04:48:18 PM | Search in progress. Expected completion by 12/12/2014 |

| Order Process History | |
|---|---|
| Date | Description |
| 10/Dec/2014 04:37:54 PM | Search In Progress. |
| 10/Dec/2014 04:48:19 PM | Search In Progress. |
| 11/Dec/2014 09:40:43 AM | Record Judged. |

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary Of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. Seewww.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
|---|---|
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**For New York Residents:**

**New York File Freeze Information:**

### New York Consumers Have the Right to Obtain a Security Freeze

You have a right to place a "security freeze" on your credit report, which will prohibit a consumer credit reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified or overnight mail. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, or other services, including an extension of credit at point of sale. When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report to a specific party or for a period of time after the freeze is in place. To provide that authorization you must contact the consumer credit reporting agency and provide all of the following:

(1) the personal identification number or password;

(2) proper identification to verify your identity;

(3) the proper information regarding the party or parties who are to receive the credit report or

the period of time for which the report shall be available to users of the credit report; and

(4) payment of any applicable fee.

A consumer credit reporting agency must authorize the release of your credit report no later than three business days after receiving the above information.
EFFECTIVE SEPTEMBER FIRST, TWO THOUSAND NINE, A CONSUMER CREDIT REPORTING AGENCY THAT RECEIVES A REQUEST VIA TELEPHONE OR SECURE ELECTRONIC METHOD SHALL RELEASE A CONSUMER'S CREDIT REPORT WITHIN FIFTEEN MINUTES WHEN THE REQUEST IS RECEIVED.

A security freeze does not apply to circumstances in which you have an existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your application for credit. You should plan ahead and lift a freeze either completely if you are shopping around, or specifically for a certain creditor, before applying for new credit. WHEN SEEKING CREDIT OR PURSUING ANOTHER TRANSACTION REQUIRING ACCESS TO YOUR CREDIT REPORT, IT IS NOT NECESSARY TO RELINQUISH YOUR PIN OR PASSWORD TO THE CREDITOR OR BUSINESS; YOU CAN CONTACT THE CONSUMER CREDIT REPORTING AGENCY DIRECTLY. IF YOU CHOOSE TO GIVE OUT YOUR PIN OR PASSWORD TO THE CREDITOR OR BUSINESS, IT IS RECOMMENDED THAT YOU OBTAIN A NEW PIN OR PASSWORD FROM THE CONSUMER CREDIT REPORTING AGENCY.

**If you wish to obtain a security freeze on your file you should contact First Advantage at: 800-321-4473.**

Julia Johnson
335 Wright Avenue
Carle Place, NY 11514
516-444-5695

Federal Judge Joanna Seybert
Eastern District of New York
Alfonso D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

Case #: CV-10-1964-JS-AKT

Dear Judge Seybert:

I am writing to you regarding the letter and documents that were submitted to you on October 27, 2017, which address a class action law suit pending in the District Court of Maryland.

On October 31, 2017, I received a letter from attorney David Searles, in the Freckleton and Just v. Target Corp., No. 14-cv-00807 (D. Md.) In it Mr. Searles implies that I am complaining about my current work environment at Target. This is not so, my complaint is in respect to the Fair Credit Reporting Act 15 U.S. Code 1681, the government regulation which was enacted to promote the accuracy, fairness, and privacy, of the consumer information contained in files of consumer reporting agencies. This U.S. code was intended to protect consumers from the willful and/or negligent inclusion of inaccurate information in any credit report. As I stated in my letter of October 27, 2017 to this court, this was not the case when Target and First Advantage (the defendants in the Freckleton case pending in the Eastern District of Maryland) got and disseminated my information. A review of the letter and documentation will show that even my current address was incorrect.

By the way, the information that was retrieved by First Advantage, the company Target used to conduct background checks, came from the New York State Office of Court Administration. As this Court is aware, in Case Docket # CV-10-1964-JS-AKT, Eddie Myers, the defendant, is employed by this very agency, the New York State Office of Court Administration.

As I reiterated in my previous letter to the Court, while the class action lawsuit involves applicants who were denied employment, based on their criminal history, I am working at Target, but am concerned with the inaccuracies and compromised information which were provided in violation of the Fair Credit Reporting Act (FCRA).

Therefore, I requested attorney David Searles to submit my letter to him, dated October 30, 2017, and my letter to this court, dated October 27, 2017, be filed with the Judge overseeing the Freckleton/Just settlement in the District of Maryland, and be submitted to the attorneys representing Target in the Freckleton case, because I am challenging the settlement and the consent and disclosure form.

Thank you for your attention to this matter.

Respectfully,

Julia Johnson
November 8, 2017

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 0 9 2017   ★

LONG ISLAND OFFICE

Julia Johnson
335 Wright Avenue
Carle Place, NY 11514
516-444-5695

District Judge Joanna Seybert
Alfonso D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

Case #: CV-10-1964-JS-AKT

Dear Judge Seybert:

The above case has been settled but there are a few things I believe the Court needs to be made aware of. I am employed by Target Corporation, and have been since April 2016. I was employed by TJX Corporation (Home Goods) dating back to 2014.

In August of this year, 2017, I was contacted by Attorney David Searles, of the law firm Francis and Mailman, with respect to a class action law suit against Target Corporation, and First Advantage Consumer Center of Atlanta, Georgia. The class action involves the claim that there was a violation of the Fair Credit Recording Act (FCRA).

I have learned that many of the materials and confidential documents about my background in regard to the case which had been previously settled, have been compromised. The Target background report obtained by First Advantage came from the NYS Office of Court Administration, located at 25 Beaver St., NYC. The background report is rife with inaccuracies and incorrect information. It is interesting and important to note that First Advantage provided two separate reports on me, which contained two different profiles!!!

I want to advise the Court that while my case was pending, there were several incidents of Police harassment that were documented with this Court. These incidents occurred in 2016 about the time First Advantage was conducting their background check on me, which involved local law enforcement agents.

While the class action law suit involves applicants who were denied employment, I am working at Target but have been subjected to hostile work environments, at both Target and Home Goods. These incidents have been reported to their Integrity Hotline.

Yours truly,

Julia Johnson
October 27, 2017

**RECEIVED**

OCT 2 7 2017

**EDNY PRO SE OFFICE**

Julia Johnson
335 Wright Avenue
Carle Place, NY 11514
516-444-5695

David Searles, Esq.
Francis and Mailman Law Firm
Consumer Protection Litigation
100 South Broad Street
Philadelphia, PA 19110

Case Docket #:  14-CV-00807-GLR
           Freckleton v. Target Corporation, et al

Dear Mr. Searles:

I am writing you in regard to the above case. On August 29, 2017, I received a postcard regarding the class action lawsuit. In April of 2016, I applied for and was offered employment with Target Corporation. I have been in contact with you regarding the New York State Consent and Disclosure Form that I am presently challenging. I feel strongly that Target Corporation violated Federal Law regulating the procedure for conducting a search and using my background material.

The Fair Credit Reporting Act 15 U.S. Code 1681 is government regulation which was enacted to promote the accuracy, fairness, and privacy, of consumer information contained in files of consumer reporting agencies. It was intended to protect consumers from the willful and/or negligent inclusion of inaccurate information in their credit report. But this was not the case when Target and First Advantage got and disseminated my information, including an incorrect address on their part.

This class action law suit basically involves applicants who were denied employment, but is not limited to those applicants. Again, I reiterate that I am presently employed at Target, but have been denied an annual review by Target's Executive management team leaders. Another issue: my confidential information has not been properly protected.

I am requesting that this letter to you, with the October 27 letter to Federal District Judge Joanna Seybert, EDNY, be submitted to United States District Court for the District of Maryland and to the Attorneys representing Target in this action.

Thank you for your attention, and I can be contacted at the above number.

Respectfully,

Julia Johnson

# FRANCIS & MAILMAN

### CONSUMER PROTECTION LITIGATION

100 South Broad Street, 19th floor | Philadelphia, PA 19110

Received
11/7/17

115143C040 CC01

Ms. Julia Johnson
335 Wright Avenue
Carle Place, NY 11514



UNITED STATES POSTAGE
PITNEY BOWES

02 1P            $ 000.46⁰
0002706412  OCT 31  2017
MAILED FROM ZIP CODE 19102



**FRANCIS & MAILMAN** PC
CONSUMER PROTECTION LITIGATION

October 31, 2017

**Via First Class Mail**

Ms. Julia Johnson
335 Wright Avenue
Carle Place, NY 11514

      Re:    *Freckleton and Just v. Target Corp.*, No. 14-cv-00807 (D. Md.)

Dear Ms. Johnson:

    I am writing to you in response to your letter faxed to me yesterday, and our telephone conversations of yesterday and several times over the last two months.

    As best I understand your concerns, they relate to your current working environment at Target. As I have explained, the class action settlement in the *Freckleton/Just* case is limited to just two specific provisions of the Fair Credit Reporting Act. According to Target's records, you are a member of Class One, one of approximately 1.4 million people who were provided with a consent and disclosure form that Target has agreed to change as part of the settlement. The claims raised in the class action have nothing to do with your individual employment concerns as I understand them. From our first call, I have recommended that you retain your own attorney to represent you, and that you contact your local bar association for an appropriate referral.

    The settlement agreement, as explained in the notice you received, requires that any objection to the settlement be sent to the Clerk of Court in Baltimore, Maryland, Class Counsel and Defense Counsel, postmarked no later than October 27, 2017. It does not appear that you have filed an objection to the settlement. Further, your letter faxed yesterday to me does not state that you object to the settlement. In our various conversations, I asked if you believed the settlement was unfair. Your response did not identify any reason you thought the settlement was unfair, but instead related to your own individual employment conditions at the Target store where you are currently employed.

    Your letter requests that I provide a copy of it, along with a copy of the letter you wrote to U.S. District Court Judge Joanna Seybert, of the Eastern District of New York, to the District Court judge overseeing the *Freckleton/Just* settlement in the District of Maryland. I explained that I would not do so. I again suggested you consider retaining your own lawyer to represent you.

        Very truly yours,

        David A. Searles

**STAPLES**
**copy&print**

# Self-Serve Fax Cover Sheet

To: Attorney David Scarles

Fax #: 215-940-8000

From: Julia Johnson

Phone #: (516) 444-5695

Reply Fax #:

Date: 10/30/17

Number of Pages (Including Cover): _____

☐ Urgent   ☐ Confidential   ☐ Confirm Receipt

MR. Scarles,

I am faxing you a letter challenging the consent & disclosure document that authorized the I advantage to conduct the background check when I applied for employment with Target Corporations. I am also faxing you my letter to US Federal District Judge Joanna Seybert, EDNY dated 10/27/17

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

## We'll do it right the first time — guaranteed.

**that was easy.®**

7/13 bizsvc

# STAPLES

1080 Old Country Road
Westbury, NY 11590
(516) 794-0403

SALE

1682616 5 005 19545
1952 10/30/17 10:21

Your Sales Associate was:
VICTORIA E

QTY SKU                          PRICE

15  LOCAL: ADDITIONAL
1   463433      1.690ea             25.35
    SUBTOTAL                        25.35
      Standard Tax 8.625%            2.19
    TOTAL                         $27.54

VISA DEBIT                     USD$16.00
Card No.: XXXXXXXXXXXX8492 [C]
Chip Read
Auth No.: 132509
AID.: A0000000031010

Cash                               15.55

Cash Change                         4.01
        TOTAL ITEMS     15


        Staples brand products.
    Below Budget. Above Expectations.

   THANK YOU FOR SHOPPING AT STAPLES !

       Shop online at www.staples.com


      Shop Smarter. Get Rewarded.
    Staples Rewards members get up to 5%
  back in Rewards in store only. $2 back in
  Rewards per recycled ink cartridges. Up to
        Please save this receipt.

## Conner Dunleavy

| | |
|---|---|
| **From:** | Conner Dunleavy <dunleavyc@nyassembly.gov> |
| **Sent:** | Thursday, October 12, 2017 2:31 PM |
| **To:** | consumer.documents@fadv.com |
| **Subject:** | Julia Johnson - request for documents |
| **Attachments:** | Scanned Documents.pdf; julia johnson.jpg |

To whom it may concern:

I am Conner Dunleavy, a Legislative Aide for New York State Assemblyman Edward Ra. I am writing you on behalf of Ms. Julia Johnson, whom wishes to have a copy of her background check sent to her through us. Please send this background check in a reply to this email so that we can get it to her.

If you have any questions feel free to reply.

Best,

Conner Dunleavy
*Legislative Aide*
*Assemblyman Edward P. Ra.*

**Conner Dunleavy**

| | |
|---|---|
| **From:** | Jeffrey Kabacinski <JKabacinski@CONSUMERLAWFIRM.COM> |
| **Sent:** | Friday, October 13, 2017 4:44 PM |
| **To:** | dunleavyc@nyassembly.gov |
| **Cc:** | David A. Searles; viyer@nilanjohnson.com |
| **Subject:** | Consent Disclosure in Freckleton v. Target |
| **Attachments:** | Freckleton-Julia Johnson Consent Disclosure_Redacted.pdf |

Please find attached the Consent Disclosure form for Ms. Julia Johnson.  Please provide this document to Ms. Johnson at your next meeting.

Sincerely,

**ⅢＦＲＡＮＣＩＳ＆ＭＡＩＬＭＡＮ**
CONSUMER PROTECTION LITIGATION

**Jeff Kabacinski, Paralegal**
**Land Title Building, Suite 1902**
**100 South Broad Street**
**Philadelphia, PA 19110**
**P 215.735.8600**
**D 267.238.9752**
**F 215.940.8000**
**E jkabacinski@consumerlawfirm.com**
**Firm Websites:**
**www.consumerlawfirm.com**
**www.creditreportproblems.com**

1



**TARGET.**

Team Member #

## NEW YORK CONSENT & DISCLOSURE

Teamwork requires dedication, trust, and above all, honesty. It is a commitment we ask of all our team members and potential team members. As part of our hiring process, we will request a consumer and/or investigative consumer report about you, which may include: a background investigation, consistent with applicable federal, state and local laws, that includes obtaining information on convictions and/or pending prosecutions as well as Department of Motor Vehicles information, educational background, employment history and any other factors that may be relevant to your qualifications to work at our Company.

If employed, consistent with applicable federal, state and local laws, our Company may request additional consumer and/or investigative consumer reports to evaluate you for retention as a team member or otherwise in the event of a promotion or transfer. Upon request, you will be informed whether a report was subsequently requested from First Advantage. First Advantage conducts all background investigations.

**First Advantage Consumer Center, P.O. Box 105292, Atlanta, GA 30348-5292**
**1-800-595-7956 (toll free)**
First Advantage will give you a complete and accurate disclosure of the nature and scope of this report, upon your written request.

By signing this form, you are doing the following, so please read carefully:
* Authorizing our Company to request and get a consumer report and/or investigative consumer report about you from First Advantage;
* Authorizing our Company to contact law enforcement and other government agencies and other private consumer reporting agencies and any other person or agency which may have information about you. You further authorize such agencies and parties to issue applicable reports and provide information to the company;
* Authorizing our Company to investigate all the statements and matters on your application and any other information provided by you during the application process or other qualifications to work at our Company;
* Authorizing our Company to use and show information you have provided on your application to other persons in order to conduct this investigation and to verify the truthfulness and completeness of the information you have provided;
* If employed, authorizing our Company to obtain consumer and/or investigative consumer reports in the future to evaluate you for retention as a team member or otherwise in the event of a promotion or transfer; and

You also understand that before any adverse action is taken, based in whole or part, on information obtained in the consumer or investigative consumer report, you will be provided a copy of the report and a description in writing of your rights under the Fair Credit Reporting Act and where applicable, state and local laws. You understand if you disagree with the accuracy of any information in the report, you must notify First Advantage within five business days of your receipt of the report. You hereby consent to this investigation and authorize our Company to procure consumer reports and/or investigative consumer reports on your background.

**Please Note:** You are NOT creating a "contract of employment" with our Company by signing this form. If hired, both you and our Company have the right to end your employment at anytime for any reason.

**You agree that:**
* You have read this form carefully and understand it.
* Your signature below indicates your voluntary agreement with the above statements.

**THE FOLLOWING INFORMATION IS REQUESTED SOLELY FOR PURPOSES OF CONDUCTING A BACKGROUND INVESTIGATION.**

**New York applicants only:**
I also acknowledge that I have received the attached copy of Article 23A of New York's Correction Law. (Located on reverse side of this form.)

After reading the above statements:
1. Verify or add your name, Social Security number and address on the lines below.
2. Sign and date this form and give it to a designated representative.

Julia Johnson
Print REDACTED

Signature                           Date 4/13/16

Address 335 Wright Avenue          Apt. #
Address Carle Place
City New York   State [REDACTED]   Zip 11940   Country Nassau

**The existence of a criminal record will not automatically disqualify you from receiving a conditional job offer.**

**Subject:** Julia Johnson Background Report
**From:** "Omoro Jewell (FADV-ATL)" <Omoro.Jewell@fadv.com>
**Date:** Tue, 17 Oct 2017 19:37:29 +0000
**To:** "'rae@nyassembly.gov'" <rae@nyassembly.gov>

Please see the attached report requested by Ms. Julia Johnson. Advise if anyone has further questions or concerns. A password email will follow.

Thank you kindly,

**Omoro Jewell |** Supervisor Consumer Advocacy
First Advantage | O: 678.710.7261 | M: 404.576.6930 | F: 727.214.2127 Omoro.Jewell@fadv.com
Follow Us: Facebook | Twitter | LinkedIn

| | | |
|---|---|---|
| **Julia Johnson0.pdf** | **Content-Description:** | Julia Johnson0.pdf |
| | **Content-Type:** | application/pdf |
| | **Content-Encoding:** | base64 |

## Conner Dunleavy

**From:** Conner Dunleavy <dunleavyc@nyassembly.gov>
**Sent:** Tuesday, October 24, 2017 9:51 AM
**To:** george_macnaught@tjx.com
**Subject:** Re: Julia Johnson Background check consent form

To whom it may concern:

I am requesting a copy of the background check consent form pertaining to Ms. Julia Johnson on behalf of New York State Assemblyman Edward P. Ra. I have been informed by Ms. Johnson that you, Mr. MacNaught are aware of this situation and have been anticipating this email. If you would like any form of authorization or proof that the Assemblyman is authorized by Ms. Johnson to receive this background check consent form which she signed.

Thank you,

Conner Dunleavy
*Legislative Aide*
*Assemblyman Edward P. Ra*

1



**THE ASSEMBLY**
**STATE OF NEW YORK**
**ALBANY**

EDWARD P. RA
Assemblyman 19th District

DEPUTY MINORITY WHIP
COMMITTEES
Ways and Means
Codes
Education
Health
Higher Education
Transportation

I, Julia Johnson, hereby undersigned do willingly and knowingly grant to Conner Dunleavy ([dunleavyc@nyassembly.gov](mailto:dunleavyc@nyassembly.gov)) the ability to receive on my behalf a copy of the background check conducted on me by First Advantage.

Date: 10/12/17

Julia Johnson:

Conner Dunleavy:



**EDWARD P. RA**
Assemblyman 19ᵗʰ District

THE ASSEMBLY
STATE OF NEW YORK
ALBANY

DEPUTY MINORITY WHIP
COMMITTEES
Ways and Means
Codes
Education
Health
Higher Education
Transportation

# Authorization

I hereby authorize New York State Assemblyman Edward P. Ra and his staff to discuss with, and receive information from appropriate public and private entities including but not limited to First Advantage, and HomeGoods regarding personal background check information.

Assemblyman Edward P. Ra and his staff have my permission to make inquiries into my records and/or files as necessary to assist me in regards to my background check information.

If you have any questions I can be reached at 335 Wright Avenue in Carl Place, NY 11514, or by telephone at (516) 444-5695.

Dated: 11/1/17

Julia Johnson

Sworn to before me on

1st day of November, 2017

NOTARY PUBLIC



**HomeGoods** *Marshalls.* **T·J·maxx**

# DISCLOSURE AND ACKNOWLEDGMENT

**[IMPORTANT — PLEASE READ CAREFULLY BEFORE SIGNING ACKNOWLEDGMENT]**

## NOTICE REGARDING BACKGROUND INVESTIGATION

The TJX Companies, Inc. ("the Company") may obtain information about you from a consumer reporting agency for employment purposes. These reports may contain information regarding your credit history, criminal history, social security verification, motor vehicle records ("driving records"), verification of your education or employment history, or other background checks. The scope of this notice and authorization is all-encompassing, however, allowing the Company to obtain from any outside organization all manner of consumer reports now and throughout the course of your employment to the extent permitted by law. Thus, you may be the subject of a "consumer report", which may include information about your character, general reputation, personal characteristics, and/or mode of living.

> **New York applicants or employees only:** You have the right to inspect and receive a copy of any investigative consumer report requested by the Company by contacting the consumer reporting agency identified below directly.

## ACKNOWLEDGMENT AND AUTHORIZATION

I acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION and A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of these documents. I hereby authorize the obtaining of "consumer reports" by the Company at any time after receipt of this authorization and throughout my employment, including at the time of promotion, transfer, or reassignment, if applicable. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer or insurance company to furnish any and all background information requested by Lexis Nexis PO Box 7147-7090 Philadelphia, PA 19170-7090, another outside organization acting on behalf of the Company, and/or the Company itself. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

> **Minnesota and Oklahoma applicants or employees only:** Please check this box if you would like to receive a copy of a consumer report if one is obtained by the Company. ☐
>
> **California applicants or employees only:** By signing below, you also acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION PURSUANT TO CALIFORNIA LAW. Please check this box if you would like to receive a copy of an investigative consumer report or consumer credit report at no charge if one is obtained by the Company whenever you have a right to receive such a copy under California law. ☐

**FULL NAME:** _Johnson_      _Julia_
              Last              First             Middle

**OTHER NAMES/ALIAS:**

**CURRENT ADDRESS:** _943 Wallace Avenue_      **PHONE:** _(516) 385-8507_
              Street and Number

_Baldwin, New York_      _11510_
         City          State          Zip Code

**SIGNATURE:** _[signature]_      **DATE:** _November 26, 2014_
         *If applicant is under the age of 18, the signature of a parent or guardian is required.*

> **ATTENTION:** The following information is to be completed after a conditional offer has been made and will be used solely for background screening purposes and will not be used in the hiring process.
>
> Social Security # ▬▬▬▬▬▬▬▬    Date of Birth ▬▬▬▬▬▬▬▬
>
> Driver's License # ▬▬▬▬▬▬▬▬    State of Driver's License
>
> *This information is only required for individuals operating Company vehicles.

1208 Rev 1/11

## Conner Dunleavy

| | |
|---|---|
| **From:** | Shawn Murphy <Shawn_Murphy@tjx.com> |
| **Sent:** | Monday, November 06, 2017 2:25 PM |
| **To:** | dunleavyc@nyassembly.gov |
| **Subject:** | Johnson, Julia - Request for documents |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

Hello Connor -

Attached is a copy of the disclosure and acknowledgement form signed by Ms. Johnson in 2014.  Let me know if you have any questions.

Shawn D. Murphy
Senior Attorney
Labor and Employment
The TJX Companies, Inc.
508.390.5393

-----Original Message-----
From: Shawn_Murphy@tjx.com [mailto:Shawn_Murphy@tjx.com]
Sent: Monday, November 06, 2017 2:20 PM
To: Shawn Murphy <Shawn_Murphy@tjx.com>
Subject: Scanned from a Xerox multifunction device

Please open the attached document. It was sent to you using a Xerox multifunction printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: 500.C1N.CopyRoom
Device Name: X00BJU3W

For more information on Xerox products and solutions, please visit http://www.xerox.com

1

## Conner Dunleavy

| | |
|---|---|
| **From:** | Shawn Murphy <Shawn_Murphy@tjx.com> |
| **Sent:** | Tuesday, October 31, 2017 1:42 PM |
| **To:** | dunleavyc@nyassembly.gov |
| **Subject:** | Johnson, Julia background consent form |

Hello Mr. Dunleavy –

I am in receipt of the request for the personnel information of Julia Johnson sent to George MacNaught.  HomeGoods certainly wishes to comply and remain in good favor of the New York State Assembly.  If you could please provide me a signed authorization from Ms. Julia Johnson I will send the requested documents along for review.


Respectfully,

Shawn D. Murphy
Senior Attorney
Labor and Employment
The TJX Companies, Inc.
508.390.5393